The Portage County Board of Elections met in Regular Session Monday, August 20, 2018 at 8:30 a.m., Board Office, County Administration Building, Ravenna, Ohio to **approve the list of candidates to the November 6, 2018 General Election ballot, certify issues to the November 6, 2018 General Election Ballot, discuss a public outreach program and Winter Conference and other regular business.**

**ROLL CALL:**
Mr. Craig M. Stephens, Chairman – absent
Ms. Patricia Nelson, Member - present
Ms. Doria Daniels, Member – present
Ms. Elayne J. Cross, Member – present

Ms. Faith Lyon, Director, present
Ms. Theresa Nielsen, Deputy Director, present

Also present:  Denise Smith, Chief Assistant Prosecutor

**APPROVAL OF VOUCHERS:**
Ms. Cross moved to approve voucher numbers 6427 through 6442.  Second by Ms. Daniels.

**ROLL CALL:**
Ms. Nelson – yes
Ms. Daniels – yes
Ms. Cross – yes

**Board Approved**                                                                                                **Motion Carried**

**PUBLIC COMMENT/OLD BUSINESS**:
Discussion held regarding Elayne J. Cross missing the August 7, 2018 Board Meeting.  No action taken.

**NEW BUSINESS:**
Certify Candidates for the November 6, 2018 General Election
Board Members were provided with a list of the candidates for the November 6, 2018 General Election.  Most of the candidates were nominated in the Primary Election.  The only addition at this time was for the State Board of Education, Seventh District candidates.  Ms. Daniels moved to accept the list of candidates for the November 6, 2018 General Election ballot as presented. Second by Ms. Cross.

**ROLL CALL:**
Ms. Nelson – yes
Ms. Daniels – yes
Ms. Cross – yes

**Board Approved**                                                                                                **Motion Carried**

Certify Issues for the November 6, 2018 General Election
Staff presented a list of ballot issues for the November 6, 2018 ballot.  Denise Smith, Chief Assistant Prosecutor addressed questions about two initiative petitions regarding marijuana penalties filed for Garrettsville Village and Windham Village.  Staff reported that both initiative petitions had a sufficient number of valid elector signatures.  Both initiative petitions have identical language and seek to decriminalize marijuana by proving for no monetary fines, no license suspension and no court costs for misdemeanor marijuana offenses.  Denise indicated that the Prosecutor's Office will not sign off on the ballot language and does not believe the initiative petitions are appropriate for the ballot because the initiatives are administrative in nature, rather than legislative.  Administrative actions are not appropriate for initiative petitions.

Denise indicated that the decision is ultimately up to the Board.  Ms. Daniels moved that the initiative petitions regarding marijuana penalties for Garrettsville Village and Windham Village not be certified to the November 6, 2018 General Election ballot.  Second by Ms. Cross.

**ROLL CALL:**

Ms. Nelson – yes
Ms. Daniels – yes
Ms. Cross – yes

**Board Approved**                                                                                          **Motion Carried**

Ms. Cross moved to certify the balance of the issues presented to the November 6, 2018 General Election ballot.
Second by Ms. Daniels.

**ROLL CALL:**
Ms. Nelson – yes
Ms. Daniels – yes
Ms. Cross – yes

**Board Approved**                                                                                          **Motion Carried**

Public Outreach – Voter Girl
Permission was sought to allow the use of voting booths and a ballot box for this year's Voter Girl event. Ms. Daniels moved to approve the usage of the voting booths and ballot box for the Voter Girl event. Second by Ms. Cross.

**ROLL CALL:**
Ms. Nelson – yes
Ms. Daniels – yes
Ms. Cross – yes

**Board Approved**                                                                                          **Motion Carried**

Winter Conference
The Ohio Association of Election Officials (OAEO) winter conference is set for January 9-11, 2019 in Columbus, Ohio. Staff is seeking permission to attend. Ms. Daniels moved to give the staff permission to attend the OAEO winter conference. Second by Ms. Cross.

**ROLL CALL:**
Ms. Nelson – yes
Ms. Daniels – yes
Ms. Cross – yes

**Board Approved**                                                                                          **Motion Carried**

Staff asked if any of the Board Members would like to attend, so hotel arrangements can be made. Ms. Daniels and Ms. Cross indicated they would be attending. Ms. Nelson will let us know in the near future if she plans to attend.

**MOTION TO ADJOURN**
Ms. Daniels moved to adjourn the meeting. Second by Ms. Cross.

Meeting adjourned at 9:03 a.m.

Attest:

_____        _____
Faith Lyon, Director                                          Patricia Nelson, Member

                                                                              _____
                                                                              Doria Daniels, Member

                                                                              _____
                                                                              Elayne J. Cross, Member