UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SCHMITT, *et al.*,

        Plaintiffs,

v.

HUSTED, *et al.*,

        Defendants.

Case No. 2:18-cv-966
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter came before the Court because of a telephone status conference held on October 4, 2018. During the conference, the parties discussed the status of the temporary restraining order (ECF No. 22) that the Court ordered on September 19, 2018. By agreement of the parties, the Court **CONVERTS** that temporary restraining order to a preliminary injunction, which expires on November 7, 2018. Additionally, the parties will adhere to the following:

- The Court **cancels** the preliminary injunction hearing scheduled for **October 16, 2018**, at **9:00 a.m.**;

- Defendants shall file a brief on the constitutionality of the Ohio laws at issue in this case on or before **November 4, 2018**;

- Plaintiffs shall respond on or before **December 4, 2018**;

- Defendants shall reply on or before **December 14, 2018**; and

- The Court will hold **Oral Argument** on **December 18, 2018**, at 10:00 a.m.

**IT IS SO ORDERED.**

10-4-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE