UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SCHMITT, et al.,

                Plaintiffs,

v.                                    CASE NO.2:18-cv-966

                                    Judge Edmund Sargus, Jr.

                                    Magistrate Judge Elizabeth Deavers

HUSTED, et al.,

                Defendants.

_____/

DECLARATION OF CHAD THOMPSON
(pursuant to 28 U.S.C. § 1746)

      I, Chad Thompson, do hereby declare under penalty of perjury that the following is true and correct:

1.     I am a Plaintiff in the above-styled case.

2.     I am of the age of majority and of sound mind.

3.     It is my intent to continue to circulate petitions to support initiatives to decriminalize marijuana possession (like the initiatives circulated in Garrettsville and Windham during the 2018 general election) in several municipalities throughout the State of Ohio.

4.     I will circulate petitions to support initiatives to decriminalize marijuana possession (like the initiatives circulated in Garrettsville and Windham during the 2018 general election) in several municipalities throughout the State of Ohio in order .

5.     I will circulate the petitions described in paragraphs 3 and 4 in time to have the proposed marijuana decriminalization ordinances placed on several local ballots in Ohio during the 2019 primary election scheduled for May 7, 2019.

6.     It is my understanding that initiatives proposing local ordinances for the May 7, 2019 election must be certified by local election boards by February 19, 2019.

                                                      _____ 11/15/18
                                                        Chad Thompson