# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| William T. Schmitt, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:18-cv-966 |
| Ohio Secretary of State Jon Husted, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order Issued on February 11, 2019 - The Court REINSTATES and CONVERTS to permanent injunction the preliminary injunctive relief granted in its Opinion and Order Issued on September 19, 2018 ECF No. [22].

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 02/11/2019

*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

Deputy Clerk