# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **WILLIAM SCHMITT, JR., et al.,** | : |
| Plaintiffs, | : Case No. 2:18-cv-966 |
| v. | : Judge Edmund Sargus, Jr. |
| **OHIO SECRETARY OF STATE JON HUSTED, et al.,** | : Magistrate Judge Elizabeth Deavers |
| Defendants. | : |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Ohio Secretary of State Frank LaRose appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on February 11, 2019 (Doc. 37), and from prior orders, including, but not limited to, the Order Granting Plaintiffs' Application for Temporary Restraining Order entered on September 19, 2018 (Doc. 2) and the Order Converting the Temporary Restraining Order to Preliminary Injunction entered on October 4, 2018 (Doc. 28).

Respectfully submitted,
DAVE YOST
OHIO ATTORNEY GENERAL

/s/ *Sarah E. Pierce*
SARAH E. PIERCE (0087799)*
*Lead Counsel*
RENATA Y. STAFF (0086922)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
sarah.pierce@ohioattorneygeneral.gov
renata.staff@ohioattorneygeneral.gov

*Counsel for Defendant*
*Ohio Secretary of State Frank LaRose*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Notice of Appeal* was filed electronically on March 12,, 2019.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Sarah E. Pierce*
SARAH E. PIERCE (0087799)
Assistant Attorney General