## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 13, 2019

Mr. Mark G. Kafantaris
Law Offices
625 City Park Avenue
Columbus, OH 43206

Ms. Sarah E. Pierce
Office of the Attorney General
30 E. Broad Street
16th Floor
Columbus, OH 43215

Re: Case No. 19-3196, *William Schmitt, et al v. Frank LaRose*
Originating Case No. : 2:18-cv-00966

Dear Counsel:

   This case has been docketed as case number **19-3196**. It will be held in abeyance until after the district court rules on pending motions, identified under Fed. R. App. P. 4(a)(4), and jurisdiction transfers to the Sixth Circuit Court of Appeals. Once this court has jurisdiction, the appeal will proceed in the normal course and you will receive additional instructions from the Clerk's office.

   In the meantime, you are strongly encouraged to read the Federal Rules of Appellate Procedure and Sixth Circuit Rules at www.ca6.uscourts.gov. If you are counsel for a party and have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system. If you are representing yourself in this appeal, you will continue to file in paper and your pleadings will be scanned into the court's electronic docket.

> Sincerely yours,
>
> s/Amy E. Gigliotti
> Case Management Specialist
> Direct Dial No. 513-564-7012

cc: Mr. Richard W. Nagel

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 19-3196

WILLIAM T. SCHMITT; CHAD THOMPSON; DEBBIE BLEWITT

    Plaintiffs - Appellees

v.

FRANK LAROSE, Ohio Secretary of State

    Defendant - Appellant