UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SCHMITT, et al.,

                Plaintiffs,

v.                                  CASE NO.2:18-cv-966

                                     Judge Edmund Sargus, Jr.

                                     Magistrate Judge Elizabeth Deavers

LAROSE, et al.,

                Defendants.

_____/

## DECLARATION OF MARK G. KAFANTARIS

### (Pursuant to 28 U.S.C. § 1746)

I, Mark G. Kafantaris, the undersigned, hereby declare under oath and subject to penalty of perjury that the following is true and correct to the best of my knowledge:

1.     I am a licensed attorney in Ohio and represent the Plaintiffs in the above-styled case.

2.     I have reasonably incurred 17.40 hours pursuing Plaintiff's Complaint for injunctive relief. My time-sheet is attached.

4.     My reasonable hourly rate is $350.

5.     I have extensive litigation experience, including cases under § 1983 and have been continuously licensed to practice law since May 8, 2006.

6.     My resume is attached.

FURTHER, declarant says not.

I declare under oath that the foregoing is true and correct to the best of my knowledge:

                                                  _[signature]_    3-15-19
                                                  Mark G. Kafantaris



# KAFANTARIS LAW OFFICES
625 City Park Avenue - Columbus, Ohio 43206
Tel: (614) 223-1444 - Fax (614) 300-5123
www.kafantaris.com

*Re: Schmitt, et al. v. LaRose, et al.*
Case No. 2:18-cv-966
Performed by: Mark G. Kafantaris (MGK)

| Date | Activity | Description | Time |
|---|---|---|---|
| 8/28/2018 | Review; E-mail | Of Complaint etc; E-mail from Co-Counsel | 1.40 |
| 8/28/2018 | Telephone | Call from Court re TRO Notice Scheduling 65.1 Conf. | 0.10 |
| 8/28/2018 | Telephone | Call from Court re TRO Notice Scheduling 65.1 Conf. | 0.10 |
| 8/28/2018 | Telephone | Call to Co-Counsel re ID of Counsel for SOS | 0.10 |
| 8/28/2018 | Telephone | Call to Court re TRO Notice Scheduling 65.1 Conf. | 0.10 |
| 8/28/2018 | E-mail | From Court re Scheduling 65.1 Conf. on 8/29 at 11:30 | 0.10 |
| 8/28/2018 | E-mail; Review | E-mail from Co-Counsel re Motion for TRO & Review | 0.40 |
| 8/28/2018 | Drafting; E Service | Of Notice of Appearance | 0.10 |
| 8/29/2018 | Docketing | Notices of Appearance from SOS Counsel | 0.10 |
| 8/29/2018 | Conference | 65.1 Conference & Scheduling | 0.30 |
| 8/29/2018 | E-mail | To Co-Counsel | N/C |
| 8/29/1930 | Review; Docketing | Of Case Scheduling Order | 0.10 |
| 8/30/2018 | E-mails | From Counsel for Portage Cty BOE re Schedule & Replies | 0.20 |
| 8/31/2018 | E-mails | From Opposing Counsel to Law Clerk re Time; E-mails from & to Co-Counsel | N/C |
| 8/31/2018 | Docketing | Hearing Notice - CM/ECF | 0.10 |
| 8/31/2018 | E-mail | From Co-Counsel re Research | 0.10 |
| 9/11/2018 | E-mails; Review | Review of BOE Memo in Opp | 0.70 |
| 9/11/2018 | E-mails | From Co-Counsel & Reply Thereto re arguments | N/C |
| 9/12/2018 | E-mails | From Opposing Counsel & Law Clerk re Schedule | 0.20 |
| 9/13/2018 | Reveiew; E-mails | Of SOS Brief; Review & Revisions to Reply Brief; E-mails with Co-Counsel | 2.10 |
| 9/14/2018 | Telephone; E-mail | Telephone call from E. Dunne re Supp Authority; E-mail re same | 0.30 |
| 9/15/2018 | Review | Of Ohio Supreme Court Supplemental Authority | 0.30 |
| 9/17/2018 | Court | Hearing on TRO & PI (Travel, Argument & Client Meeting) | 1.40 |
| 9/19/2018 | Review; E-mail | Review of Decision Granting TRO; E-mail from Co-Counsel | 0.20 |
| 9/20/2018 | E-mails | To Co-Counsel & Reply Thereto | 0.10 |
| 9/21/2018 | Docketing; E-mails | Docketing of PI Hearing Notice; E-mails from/to Co-Counsel | 0.10 |
| 9/24/2018 | E-mails | From Co-Counsel re Discussion w/ Opp. Counsel & Reply Thereto re Settlement | 0.10 |
| 9/24/2018 | E-mails | From Opp. Counsel to Chambers and Replies Thereto; Scheduling | 0.10 |
| 9/25/2018 | E-mails | From Co-Counsel & Reply Thereto re arguments | 0.10 |
| 10/2/2018 | E-mail | From Law Clerk re Rescheduling & E-mails Related Thereto | 0.10 |
| 10/3/2018 | Docketing; Review | Of Order Extending Restraining Order & Of Supp. Tel. Conf. Notice | 0.10 |
| 10/3/2018 | E-mail | From Counsel for Portage Cty BOE re Absence | 0.10 |
| 10/4/2018 | Court | Telephone Status Conference | 0.20 |
| 10/4/2018 | Docketing | Notice of Hearing - Oral Argument | 0.10 |
| 10/4/2018 | Review; Docketing | Of Order Converting TRO to PI | 0.10 |
| 10/29/2018 | Review | Of SOS Answer to Complaint | 0.20 |
| 11/2/2018 | Review | Of Portage County Answer to Complaint | 0.10 |
| 11/2/2018 | E-mail | Retrieval of SOS Brief and E-mail from Co-Counsel | 0.10 |
| 11/4/2018 | E-mail | From Co-Counsel re SOS Brief | 0.10 |
| 11/6/2018 | Discussion | With Co-Counsel of SOS Brief | 0.10 |
| 11/12/2018 | Review; Research | Of SOS Brief & Draft Reply Thereto; Research | 1.80 |
| 11/16/2018 | Review | Supplemental Review of SOS Brief | 0.90 |
| 11/18/2018 | E-mail | From Co-Counsel re Status | 0.10 |
| 11/30/2018 | E-mail | From Law Clerk re Rescheduling & E-mails Related Thereto | 0.10 |
| 12/14/2018 | Review; E-mail | Review of SOS Reply Brief & E-mail to Co-Counsel re Same | 0.70 |
| 12/14/2018 | E-mails | Reply from Co-Counsel | 0.10 |
| 12/15/2018 | Review; E-mails | Of Motion in Support of SOS Brief from Portage Cty; E-mail Response & Reply | 0.20 |
| 12/17/2018 | E-mail | From Co-Counsel to SOS Counsel re Final Judgment & Stipulation | 0.10 |
| 12/18/2018 | E-mail | From Law Clerk re Jurisdiction & Mootness; | 0.10 |
| 12/18/2018 | E-mails | To Co-Counsel re Mootness & Reply & From SOS Counsel re Declination | 0.20 |
| 12/19/2018 | Court | Hearing | 1.20 |
| 2/11/2019 | Review; E-mails | Review of Opinion & Order re Perm Injunction; Civ Judg; E-mails to Co-Counsel | 0.40 |
| 2/25/2019 | Review; E-mail | Review of SOS Motion for Reconsideration; E-mail from Co-Counsel | 0.20 |
| 2/26/2019 | E-mail | Reply E-mail to Co-Counsel re Reconsideration | 0.10 |
| 3/7/2019 | Review | Memo in Opp to SOS Motion for Reconsideration | 0.40 |
| 3/14/2019 | Review; E-mail | Review & Edits to Opposition to Motion for Stay Pending App; E-mail Co-Coun | 0.50 |

| | | **Total Hours** | **17.40** |
|---|---|---|---|
| | | **Hourly Rate** | **$350.00** |
| | | **Total Hourly Billing Due** | **$6,090.00** |
| | | **Expenses** | |
| | | **Total Hourly Billing Due + Expenses** | **$6,090.00** |

# Mark G. Kafantaris

1450 East Broad Street • Columbus, Ohio 43205 • 614.223.1444 • mark@kafantaris.com

**Education**

    **Capital University Law School**, Columbus, Ohio
*Juris Doctor*, *magna cum laude*, January, 2006
- GPA: 3.4/4.0; Order of the Curia; Dean's List (Four Semesters)
- CALI Book Awards: Con. Law I; Con. Litigation; Business Assns. I; Property II; Evidence

    **The Ohio State University**, Columbus, Ohio
*Bachelor of Arts* (Major: Political Science; Minor: Film Studies), June, 2003
- Dean's List: 2001-2003

**Licensure**
- The Supreme Court of the United States
- The Supreme Court of Ohio and all Courts and Agencies of the State
- The United States District Court for the Northern District of Ohio
- The United States District Court for the Southern District of Ohio
- The United States Court of Appeals for the Sixth Circuit
- The United States Tax Court

**Legal Experience**

    **Kafantaris Law Offices**, Columbus, Ohio
*Attorney at Law*, May, 2006 to Present
- General practice focusing on criminal defense, civil litigation, consumer bankruptcy, and social security disability claims

    **U.S. District Court for the Southern District of Ohio – Judge Algenon L. Marbley**
*Judicial Extern*, Fall Term, 2005
- Drafted opinions, orders, and memoranda for the Court

    **Columbus City Prosecutor's Office**
*Intern Prosecutor*, May, 2005 to May, 2006
- Prosecuted misdemeanor traffic offenses

    **Supreme Court of Ohio – Justice Evelyn Lundberg Stratton**
*Judicial Extern*, Spring Term, 2005
- Prepared recommendations on pending jurisdictional memoranda and merit briefs

    **Kafantaris Law Offices**, Warren, Ohio
*Law Clerk*, Summers 2001, 2002 & 2004
- Performed legal research, drafted motions, and memoranda

    **Law Offices of Irene K. Makridis & Raymond J. Masek**, Warren, Ohio
*Legal Assistant*, Summers 1999 & 2000
- Transcribed pleadings, briefs, interviews, and client correspondence

**Client & Peer Recognition**
- Martindale-Hubbell "AV" Rated (Preeminent)
- Ohio Super Lawyers – Ohio Rising Stars: 2011-2012, 2014-2019
- Avvo – Rated "Superb" (10/10): 2011-2019

**Mark G. Kafantaris**
**Page Two**

---

**Professional Associations & Community Involvement**
- City of Columbus Property Maintenance Appeals Board (Vice-Chair)
- Nationwide Children's Hospital Neighborhood Advisory Council
- Better Lawyer Magazine (Member, Editorial Board)
- Columbus Bar Association (Member, Fee Arbitration Committee)
- Omicron Chapter of Tau Kappa Epsilon Fraternity Board of Control (Legal Advisor)
- Credit Education Coalition (Member)

**Published Articles**
- *Getting Into the Cloud*, COLUMBUS BAR LAWYERS QUARTERLY, Fall, 2013, at 18.
- *To Be Early Is To Be On Time*, COLUMBUS BAR LAWYERS QUARTERLY, Fall, 2011, at 32.
- *The Building Blocks of Credibility*, COLUMBUS BAR LAWYERS QUARTERLY, Spring, 2011, at 27-28.
- *A Primer on E-Mail Etiquette*, COLUMBUS BAR LAWYERS QUARTERLY, Spring, 2011, at 31.
- *The Limits of Advocacy*, COLUMBUS BAR LAWYERS QUARTERLY, Fall, 2010, at 23.
- *Dealing with Difficult Clients*, COLUMBUS BAR LAWYERS QUARTERLY, Spring, 2010 at 26.
- *Young Lawyers Should Decompress with Non-Legal Community Work*, COLUMBUS BAR LAWYERS QUARTERLY, Fall, 2009, at 32.
- *New Lawyers Take on a Difficult Case*, COLUMBUS BAR LAWYERS QUARTERLY, Spring, 2009, at 28.
- *The Lighter Side of Law*, COLUMBUS BAR LAWYERS QUARTERLY, Spring, 2008, at 29.

**Presentations**
- *Manage Your Practice-Don't Let Your Practice Manage You*, 2013 Bankruptcy Law Institute, Columbus Bar Association