IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **WILLIAM SCHMITT, JR., et al.,** | : | |
| Plaintiffs, | : | Case No. 2:18-cv-966 |
| v. | : | Judge Edmund Sargus, Jr. |
| **OHIO SECRETARY OF STATE, et al.,** | : | Magistrate Judge Elizabeth Deavers |
| Defendants. | : | |

## AGREED MOTION TO STAY BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS PENDING APPEAL

Defendants Ohio Secretary of State and the Portage County Board of Elections and Plaintiffs William Schmitt, Jr., Chad Thompson, and Debbie Blewitt respectfully submit this Agreed Motion to Stay Briefing on Plaintiffs' Motion for Attorneys' Fees and Costs.

On February 11, 2019, this Court issued a Final Judgment (Doc. 37) in this matter. Subsequently, on March 12, 2019 Defendant Ohio Secretary of State filed a Notice of Appeal (Doc. 41) to the United States Court of Appeals for the Sixth Circuit.

On March 15, 2019, Plaintiffs filed a Motion for Attorneys' Fees and Costs pursuant to Fed. R. Civ. P. 54(d) and S.D. Ohio Civ. R. 54.2 (Doc. 45). In light of the pending appeal and in the interest of the efficient use of the Court's resources and to avoid potential repetition, Plaintiffs and Defendants respectfully request that the Court permit them to delay briefing of Plaintiffs' Motion for Attorneys' Fees and Costs. The parties propose that briefing would begin with Plaintiffs filing their memoranda in support of their motion for attorneys' fees and costs 45 days after a mandate is issued by the United States Court of Appeals for the Sixth Circuit pursuant to Fed. R. App. P. 41.

Respectfully submitted,

                                                DAVE YOST
                                                OHIO ATTORNEY GENERAL

| /s/Mark R. Brown (per email authority) | /s/ Renata Y. Staff |
|---|---|
| MARK R. BROWN (0081941)* | SARAH E. PIERCE (0087799)* |
| *Trial Attorney for Plaintiffs | *Lead Counsel |
| 303 East Broad Street | RENATA Y. STAFF (0086922) |
| Columbus, OH 43215 | Assistant Attorneys General |
| Tel. (614) 236-6590 | Constitutional Offices Section |
| Fax (614) 236-6956 | 30 East Broad Street, 16th Floor |
| mbrown@law.capital.edu | Columbus, Ohio 43215 |
|  | Tel: 614-466-2872 \| Fax: 614-728-7592 |
| MARK G. KAFANTARIS (0080392) | sarah.pierce@ohioattorneygeneral.gov |
| 625 City Park Avenue | renata.staff@ohioattorneygeneral.gov |
| Columbus, Ohio 43206 |  |
| (614) 223-1444 | *Counsel for Defendant* |
| (614) 300-5123(fax) | *Ohio Secretary of State Frank LaRose* |
| mark@kafantaris.com |  |
|  |  |
| *Counsel for Plaintiffs* | /s/ Christopher J. Meduri (per email authority) |
|  | CHRISTOPHER J. MEDURI (0065072) |
|  | Chief Assistant Prosecuting Attorney |
|  | 241 South Chestnut Street |
|  | Ravenna, Ohio 44266 |
|  | (330) 297-3850 telephone |
|  | (330) 297-4594 facsimile |
|  | cmeduri@portageco.com |
|  |  |
|  | *Counsel for Defendant* |
|  | *Portage County Board of Elections* |

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing *Agreed Motion to Stay Briefing on Plaintiffs' Motion for Attorneys' Fees and Costs Pending Appeal* was filed electronically on March 20, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                /s/ *Sarah E. Pierce*
                                                SARAH E. PIERCE (0087799)
                                                Assistant Attorney General