IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **WILLIAM SCHMITT, JR., et al.,** : | |
| : | |
| Plaintiffs, : | Case No. 2:18-cv-966 |
| : | |
| v. : | Judge Edmund Sargus, Jr. |
| : | |
| **OHIO SECRETARY OF STATE, et al.,** : | Magistrate Judge Elizabeth Deavers |
| : | |
| : | |
| Defendants. : | |

**\*PROPOSED\* AGREED ORDER TO STAY BRIEFING ON PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES AND COSTS PENDING APPEAL**

This matter came before the Court on the Agreed Motion to Stay Briefing on Plaintiffs' Motion for Attorneys' Fees and Costs Pending Appeal (Doc. 48). The Agreed Motion is **GRANTED**. Plaintiffs are **DIRECTED** to file their memoranda in support of their motion for attorneys' fees and costs 45 days after a mandate is issued by the United States Court of Appeals for the Sixth Circuit pursuant to Fed. R. App. P. 41.

IT IS SO ORDERED.

_____  _____
DATE                                         CHIEF JUDGE EDMUND A. SARGUS, JR.
                                             UNITED STATES DISTRICT COURT JUDGE

Case: 2:18-cv-00966-EAS-EPD Doc #: 48-1 Filed: 03/20/19 Page: 2 of 2  PAGEID #: 367

Agreed by:

| | |
|---|---|
| */s/Mark R. Brown (per email authority)* | */s/Renata Y. Staff* |
| MARK R. BROWN (0081941)* | SARAH E. PIERCE (0087799)* |
| *Trial Attorney for Plaintiffs* | *Lead Counsel* |
| 303 East Broad Street | RENATA Y. STAFF (0086922) |
| Columbus, OH 43215 | Assistant Attorneys General |
| Tel. (614) 236-6590 | Constitutional Offices Section |
| Fax (614) 236-6956 | 30 East Broad Street, 16th Floor |
| mbrown@law.capital.edu | Columbus, Ohio 43215 |
| | Tel: 614-466-2872 \| Fax: 614-728-7592 |
| MARK G. KAFANTARIS (0080392) | sarah.pierce@ohioattorneygeneral.gov |
| 625 City Park Avenue | renata.staff@ohioattorneygeneral.gov |
| Columbus, Ohio 43206 | |
| (614) 223-1444 | *Counsel for Defendant* |
| (614) 300-5123(fax) | *Ohio Secretary of State Frank LaRose* |
| mark@kafantaris.com | |
| | |
| *Counsel for Plaintiffs* | */s/Christopher J. Meduri (per email authority)* |
| | CHRISTOPHER J. MEDURI (0065072) |
| | Chief Assistant Prosecuting Attorney |
| | 241 South Chestnut Street |
| | Ravenna, Ohio 44266 |
| | (330) 297-3850 telephone |
| | (330) 297-4594 facsimile |
| | cmeduri@portageco.com |
| | *Counsel for Defendant* |
| | *Portage County Board of Elections* |