UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM T. SCHMITT, *et al.*,

    **Plaintiffs,**

v.

Case No. 2:18-cv-966
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

JON HUSTED, *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on the *Joint Motion to Stay Briefing on Plaintiffs' Motion for Attorneys' Fees and Costs Pending Appeal* (ECF No. 48). For good cause shown, the Court **GRANTS** the *Joint Motion*. Plaintiffs are **DIRECTED** to file their memoranda in support of their Motion for Attorneys' Fees and Costs 45 days after a mandate is issued by the United States Court of Appeals for the Sixth Circuit, pursuant to Rule 41 of the Federal Rules of Appellate Procedure.

**IT IS SO ORDERED.**

4-1-2019
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**