# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 13, 2019

Mr. Richard W. Nagel
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

          Re: Case No. 19-3196, *William Schmitt, et al v. Frank LaRose*
              Originating Case No. : 2:18-cv-00966

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

                                       Sincerely yours,

                                       s/Amy E. Gigliotti
                                       Case Management Specialist
                                       Direct Dial No. 513-564-7012

cc: Mr. Mark R. Brown
     Mr. Stephen P. Carney
     Mr. Benjamin Michael Flowers
     Mr. Michael Jason Hendershot
     Mr. Mark G. Kafantaris

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 19-3196

_____

Filed: September 13, 2019

WILLIAM T. SCHMITT; CHAD THOMPSON; DEBBIE BLEWITT

    Plaintiffs - Appellees

v.

FRANK LAROSE, Ohio Secretary of State

    Defendant - Appellant

# MANDATE

  Pursuant to the court's disposition that was filed 08/07/2019 the mandate for this case hereby issues today.

COSTS:  None