**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SCHMITT**, et al.,

                Plaintiffs,

v.                                    **CASE NO.2:18-cv-966**

                                    Judge Edmund Sargus, Jr.
                                    Magistrate Judge Elizabeth Deavers

**LAROSE,** et al.,

                Defendants.

_____/

**PLAINTIFFS' NOTICE OF PETITION**
**FOR WRIT OF CERTIORARI**

Plaintiffs respectfully notify the Court that on February 3, 2020, they filed a Petition for

Writ of Certiorari with the Supreme Court of the United States from the decision of the United

States Court of Appeals for the Sixth Circuit in favor of Defendant-LaRose in the above-styled

case.  *See* Attachment (affidavit of service of process).

                                   Respectfully submitted,

                                    s/*Mark R. Brown*
                                    Mark R. Brown, Trial Counsel
                                    303 East Broad Street
                                    Columbus, OH 43215
                                    (614) 236-6590
                                    (614) 236-6956 (fax)
                                    mbrown@law.capital.edu

                                    Mark G. Kafantaris
                                    625 City Park Avenue
                                    Columbus, Ohio 43206
                                    (614) 223-1444
                                    (614) 300-5123(fax)
                                    mark@kafantaris