# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 4, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

> **FILED**
> Feb 06, 2020
> DEBORAH S. HUNT, Clerk

Re:  William T. Schmitt, et al.
v. Frank LaRose, Ohio Secretary of State
No. 19-974
(Your No. 19-3196)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 3, 2020 and placed on the docket February 4, 2020 as No. 19-974.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst