**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
Eastern Division**

**WILLIAM SCHMITT, JR., CHAD THOMPSON,
AND DEBBIE BLEWITT**,

                Plaintiffs,

v.                                                                   CASE NO. 2:18-cv-966

**CRAIG M. STEPHENS, PATRICIA NELSON,
DORIA DANIELS**, **AND ELAYNE J. CROSS**,

in their official capacities as members of the
Portage County Board of Elections,

                Defendants.

**NOTICE OF APPEAL**

Plaintiffs, WILLIAM SCHMITT, JR., CHAD THOMPSON, AND DEBBIE BLEWITT, appeal the final judgment of the United States District Court for the Southern District of Ohio denying an award of attorney's fees under 42 U.S.C. § 1988(b) to Plaintiffs, *see* Opinion and Order, R.79; Judgment in a Civil Action, R.80, entered the 21st day of September, 2020, and in favor of Defendants, CRAIG M. STEPHENS, PATRICIA NELSON, DORIA DANIELS, AND ELAYNE J. CROSS, in their official capacities as members of the Portage County Board of Elections, said final order, *see* Opinion and Order, R.79, also refusing to alter and/or amend the Court's prior non-final order, *see* Order, R. 71, denying an award of attorney's fees to Plaintiffs without mentioning the liability of Defendants, CRAIG M. STEPHENS, PATRICIA NELSON, DORIA DANIELS, AND ELAYNE J. CROSS, in their official capacities as members of the Portage County Board of Elections, for Plaintiffs' attorney's fees under 42 U.S.C. § 1988(b).

Respectfully submitted,

*/s/ Mark R. Brown*

Mark R. Brown
303 East Broad Street
Columbus, OH 43215
(614) 236-6590
(614) 236-6956 (fax)
mbrown@law.capital.edu

Mark G. Kafantaris
625 City Park Avenue
Columbus, OH 43206
(614) 223-1444
(614) 300-5123 (fax)
mark@kafantaris.com

Attorneys for Plaintiffs