# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 8, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

Re:  William T. Schmitt, et al.
     v. Craig M. Stephens, et al.
     No. 21-491
     (Your No. 20-4025)

**FILED**
November 9, 2021
DEBORAH S. HUNT, Clerk

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk